{¶ 1} On January 27, 2011, the court reversed the judgment of the court of appeals in this case and granted a writ of prohibition to compel appellee, Lorain County Court of Common Pleas Judge James M. Burge, to vacate his acquittal of Nancy Smith and to issue a corrected sentencing entry that complies with Crim.R. 32(C). State ex rel. DeWine v. Burge, 128 Ohio St.3d 236, 2011-Ohio-235, 943 N.E.2d 535.
{¶ 2} Appellee has filed a motion for reconsideration. Nancy Smith has filed a motion for leave to intervene as a party respondent-appellee and a motion for reconsideration.
{¶ 3} Smith’s motion for leave to intervene is granted. The motions for reconsideration are denied.
O’Connor, C.J., and Lundberg Stratton, Cupp, and McGee Brown, JJ., concur.
O’Donnell, J., dissents in part and would vacate the court’s opinion and issue a writ of prohibition only compelling the trial court to vacate the judgment of acquittal.
Pfeifer and Lanzinger, JJ., dissent in part and would grant the motions for reconsideration.